**G. WARREN BLEEKER, CA Bar No. 210834**
warren.bleeker@wbd-us.com
**KYLE W. KELLAR, CA Bar No. 294253**
kyle.kellar@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
**655 N. Central Ave., Suite 2300**
**Glendale, CA 91203-1445**
**Tel.: (626) 795-9900**
**Fax: (626) 577-8800**

Attorneys for Plaintiff
BOBRICK WASHROOM EQUIPMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Y. STERN ENGINEERING (1989) LTD., A/K/A STERN ENGINEERING LTD., A/K/A STERN ENGINEERING 1989, A/K/A STERN FAUCETS, an Israeli Corporation; and DOES 1-9,<br><br>Defendants. | Case No. 2:25-cv-00971-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)]<br><br>**Hon. Margo A. Rocconi** |

127848861.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff Bobrick Washroom Equipment, Inc. hereby dismisses its Complaint against Defendants Y. Stern Engineering (1989) Ltd., a/k/a Stern Engineering Ltd., a/k/a Stern Engineering 1989, a/k/a Stern Faucets and Does 1-9 without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: March 26, 2025           Respectfully submitted,

                                WOMBLE BOND DICKINSON (US) LLP

                                By  */s/Kyle W. Kellar*
                                    G. Warren Bleeker
                                    Kyle W. Kellar
                                    Attorneys for Plaintiff
                                    BOBRICK WASHROOM EQUIPMENT, INC.

-1-

127848861.1